```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  NOAH STERN (CABN 297476)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3713
 7       FAX: (510) 637-3724
         Noah.Stern@usdoj.gov
 8
 9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 4:21-MJ-70537-MAG |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM JUNE 10, 2021 TO JUNE 16, 2021 AND ORDER |
| v. ) | |
| JOSEPH AARON MCCLENAHAN, ) | |
| Defendant. ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Joseph Aaron McClenahan, that the status hearing scheduled for June 10, 2021 at 1:00 p.m. be vacated and a status hearing or arraignment be scheduled for June 16, 2021 at 1:00 p.m. The parties further stipulate that time be excluded under the Speedy Trial Act from June 10, 2021 through June 16, 2021 and, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

The government has produced discovery to the defendant and the parties are discussing a potential resolution of the case. The parties seek a short continuance to allow defense counsel to meet with the defendant and request that the hearing be rescheduled for June 16, 2021 for a status hearing or arraignment. The government and counsel for the defendant agree that time be excluded under the

Speedy Trial Act, and the deadlines under Federal Rule of Criminal Procedure 5.1 be extended, so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason the parties stipulate and agree that excluding time until June 16, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 10, 2021 through June 16, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   June 9, 2021

/s/
NOAH STERN
Assistant United States Attorney

DATED:   June 9, 2021

/s/
JOYCE LEAVITT
Counsel for Defendant JOSEPH AARON MCCLENAHAN

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court orders that the status hearing scheduled for June 10, 2021 at 1:00 p.m. be vacated and status hearing or arraignment be scheduled for June 16, 2021 at 1:00 p.m. The Court further finds that failing to exclude the time from June 10, 2021 through June 16, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the

STIPULATION TO CONTINUE HEARING, EXCLUDE TIME AND ORDER
Case No. 4:21-MJ-70547-MAG                                                                          v7/10/2018

1  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of
2  justice served by excluding the time from June 10, 2021 through June 16, 2021 from computation under
3  the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  For
4  the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing
5  under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
6  indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.  Therefore, and with
7  the consent of the parties, IT IS HEREBY ORDERED that the time from June 10, 2021 through June
8  60, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal
9  Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

10           IT IS SO ORDERED.

12  DATED: June 9, 2021



HON. DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE HEARING, EXCLUDE TIME AND ORDER
Case No. 4:21-MJ-70547-MAG                                                                                      v7/10/2018